IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr87 TSL-FKB

ANDRA LOWMON SMITH  18 USC § 666(a)(1)(B)

**The United States Attorney charges:**

At all times relevant to this information:

1. The Mississippi Department of Corrections (MDOC) was a state government agency as that term is defined in Section 666(d), Title 18, United States Code, which received benefits in excess of $10,000 during 2015 under Federal programs providing Federal assistance to MDOC.

2. The defendant, **ANDRA LOWMON SMITH**, was a Parole and Probation Officer employed by the Mississippi Department of Corrections.

3. Beginning in or about March 2015, and continuing through on or about June 15, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ANDRA LOWMON SMITH**, did corruptly accept and agree to accept money from a person who was on parole from a sentence of incarceration in the custody of the MDOC, and who **SMITH** was assigned to supervise, intending to be influenced and rewarded in connection with the business, transaction, and series of transactions of and concerning the MDOC, involving a value of $5,000 or more, that is agreeing to grant permission for the parolee to travel out of the State of Mississippi for the purpose of obtaining employment that would result in an increase in the parolee's income.

All in violation of Sections 666(a)(1)(B) and 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

4. As a result of committing the offense alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(A) & (C), Title 18, United States Code and Section 2461, Title 28, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney