PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                  CRIMINAL NO.: 3:15-CR-00087TSL-FKB

ANDRA LOWMON SMITH
(wherever found)

    The Clerk of said Court will issue summons returnable on October 16, 2015 at 1:00 p.m., before the Honorable F. Keith Ball, United States Magistrate Judge, Jackson, Mississippi, an Information against the above-named defendant having been filed in the above-entitled cause on October 8, 2015.

    This 9th day of October, 2015.

                                                  GREGORY K. DAVIS
                                                  United States Attorney

                             By: _____
                                     J. SCOTT GILBERT
                                     Assistant U. S. Attorney
                                     MSB # 102123

Summons issued: 10/9/2015

FBI